IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

vs

CR NO. 2:25-cr-00535-DCN

**Daniel Clarke-Pounder**

# PLEA

The defendant, **Daniel Clarke-Pounder,** having withdrawn his plea of Not Guilty entered

April 23, 2025, pleads guilty to **Count(s)** _1, 2, & 3_ of the **Indictment**, after

arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
August 4, 2026