IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v<br><br>Daniel Brendan Kurt Clarke-Pounder<br>Defendant. | Case Number: **2:25-cr-00535** |

## ORDER OF DETENTION AFTER A HEARING ON A PETITION TO REVOKE PRETRIAL RELEASE

The Defendant appeared before this Court for a bond revocation hearing on Tuesday, November 17, 2026, after the filing of a petition to revoke the Defendant's pretrial release. The Government moved for detention of the Defendant pursuant to 18 U.S.C. § 3148. Having conducted a hearing, the Court makes the following findings:

☐ There is probable cause to believe that the Defendant has committed a Federal, State, or local crime while on release.

or

☒ There is clear and convincing evidence that the Defendant violated a condition of release, for the reasons stated on the record.

and

☐ (A) based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the Defendant will not flee or pose a danger to the safety of any other person or the community, to wit:

- ☐ (1) the nature and circumstances of the offense charged, including whether the offense is a crime of violence, a violation of section 1591, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;
- ☐ (2) the weight of the evidence against the Defendant;
- ☐ (3) the history and characteristics of the Defendant, including—

☐ (A) the Defendant's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

☐ (B) whether, at the time of the current offense or arrest, the Defendant was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

☐ (4) the nature and seriousness of the danger to any person or the community that would be posed by the Defendant's release.

or

☒ The Defendant is unlikely to abide by any condition or combination of conditions of release for the reasons stated on the record.

OTHER REASONS OR FURTHER EXPLANATION:

Mr. Clarke-Powder was previously told by the District Judge that any further use of narcotic drugs in violation of bond would result in revocation of bond. Previous in-patient and out-patient treatment unsuccessful.

The Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: 17 November 26

UNITED STATES MAGISTRATE JUDGE