2:25-cr-00535-DCN Date Filed 11/13/26 Entry Number 46 Page 1 of 1

AO 442 (Rev 11/11) Arrest Warrant

EJO# 11779A59

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

RECEIVED
UNITED STATES MARSHAL
11:37 am, Nov 13 2026
DISTRICT OF SOUTH CAROLINA
COLUMBIA

United States of America
v.

Daniel Brendan Kurt Clarke-Pounder
*Defendant*

Case No. 2:25-cr-00535-DCN-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Daniel Brendan Kurt Clarke-Pounder, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Pretrial Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See Petition

Date: November 13, 2026

s/Heather Cornwell
Deputy Clerk
*Issuing officer's signature*

City and state: Charleston, SC

Robin L. Blume, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11/13/2026, and the person was arrested on *(date)* 11/16/2026
at *(city and state)* North Charleston, SC

Date: 11/16/2026

[signature]
*Arresting officer's signature*

DUSM M LAWRENCE
*Printed name and title*